IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT L. MILHOUSE,

    Plaintiff,

v.                                        3:11cv107-WS

HERMAN ATKINS JR.,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

Before the court is the plaintiff's motion to reconsider the magistrate judge's report and recommendation docketed October 8, 2013. Because the plaintiff's motion was referred to the undersigned <u>after</u> the magistrate judge's report and recommendation was adopted and judgment was entered, the court will treat the motion to reconsider as a Rule 60(b) motion for relief from judgment.

The court has now reviewed the plaintiff's motion and has determined that the plaintiff has failed to establish a basis for relief under Rule 60(b).

Accordingly, it is ORDERED:

The plaintiff's motion to reconsider (doc. 22) is DENIED.

DONE AND ORDERED this ___6th___ day of ___January___, 2014.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE